FILED
2006 Apr-03 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

---

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

    v.                                  MAG # 06-066

LUKE S. GOLJAN

I, Cynthia Carreiro, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on about or about March 6, 2006, continuing to on or about or March 31, 2006, in Jefferson County, in the Northern District of Alabama, and elsewhere, the defendant did knowingly use the United States Mail and any facility and means of interstate or foreign commerce, to attempt to persuade, induce, and entice any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United State Code, Section 2422(b), and on or about March 31, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, did knowingly travel in interstate commerce from the State of Massachusetts to the State of Alabama for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18, United States Code, Sections 2423(b) and (e), and from on about March 6, 2006, continuing to on or about March 31, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, did knowingly attempt to employ, use, persuade, induce, entice, and coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing, or having reason to know, that such visual depiction will be transported in interstate commerce, in violation of Title 18, United States Code, Section 2251(a) and (e), and on or about March 31, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, did knowingly purchase and otherwise obtain custody or control of a minor, and offered to purchase and otherwise obtain custody or control of a minor, with knowledge that, as a consequence of the purchase or obtaining of custody, the minor will be portrayed in a visual depiction engaging in, or assisting another person to engage in, sexually explicit conduct, or attempt to do so, or aided, abetted, counseled, commanded, induced, or procured someone else to do so, in violation of Title 18, United States Code, Sections 2 and 2251A(b)(1). I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE

*Cynthia Carieux*
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 3, 2006                                          at          Birmingham, Alabama
Date                                                                      City and State

JOHN E. OTT
United States Magistrate Judge                     *John Ott*
Name and Title of Judicial Officer          Signature of Judicial Officer