AHM/EVC:  May 2006
GJ# 35

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN  DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LUKE SIMON GOLJAN** | ) |

## INDICTMENT

**COUNT ONE:  [18 U.S.C. § 2251(a) and (e)]**

The Grand Jury charges:

That from on or about the 6th day of March, 2006, continuing to on or about the 31st day of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN,**

did knowingly attempt to employ, use, persuade, induce, entice, and coerce minors to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported in interstate commerce, in violation of  Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO:** [18 U.S.C. §2251A(b)(2)(A)]

The Grand Jury charges:

That in or about the month of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN**,

did knowingly offer to purchase and otherwise obtain custody and control of minors, with intent to promote the engaging in of sexually explicit conduct by such minors for the purpose of producing any visual depiction of such conduct and in the course of said conduct, the defendant did travel in interstate commerce; specifically, from the State of Massachusetts to the State of Alabama and said offer described above was communicated and transported in interstate commerce by any means, including by computer and mail, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

**COUNT THREE:** [18 U.S.C. §2252A(a)(1)]

The Grand Jury charges:

That on or about the 31st day of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN,**

did knowingly transport in interstate commerce, from the State of Massachusetts

2

to the State of Alabama, child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1).

**COUNT FOUR:  [18 U.S.C. § 2252A(a)(5)(B)]**

The Grand Jury charges:

That on or about the 31st day of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN,**

did knowingly possess material that contained images of child pornography that had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**COUNT FIVE: [18 U.S.C. § 2422(b)]**

The Grand Jury charges:

That from on or about the 6th day of March, 2006, continuing to on or about the 31st day of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN**,

did use a facility and means of interstate commerce, that is a computer accessing an Internet service provider and the mail, to attempt to knowingly persuade,

induce, entice, and coerce individuals who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**COUNT SIX : [18 U.S.C. §§ 2423(b) and (e)]**

The Grand Jury charges:

That on or about the 31st day of March, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**LUKE SIMON GOLJAN,**

did knowingly travel in interstate commerce from the State of Massachusetts to the State of Alabama for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18, United States Code, Sections 2423(b) and (e).

**COUNT SEVEN : [18 U.S.C. §§ 2253]**

The Grand Jury charges:

1. The allegations of Counts One through Six of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of

Title 18, United States Code, Section 2253(a)(3).

2. Pursuant to Rule 32.2(a) FED.R.CRIM.P., the defendant is hereby notified that, upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, the defendant,

**LUKE SIMON GOLJAN,**

shall forfeit to the United States pursuant to 18 U.S.C. §2253(a)(3), any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §2253(o), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253(a)(3).

A  TRUE BILL

/s/ *electronic signature*
FOREMAN OF THE GRAND JURY

ALICE  H. MARTIN
United States Attorney


/s/
E. VINCENT CARROLL
Assistant United States Attorney


/s/
W. SANDER CALLAHAN
Assistant United States Attorney