# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: 2:06-CR-195-RDP-TMP |
| | } | |
| **LUKE SIMON GOLJAN,** | } | |
| | } | |
| Defendant. | } | |

## ORDER

In accordance with the memorandum opinion entered this date, the court hereby **ADOPTS** and **APPROVES** the findings and recommendations of the magistrate judge as the findings and conclusions of the court. Accordingly, Defendant's motion to suppress (Doc. #22) and motion to dismiss (Doc. #27) are hereby **DENIED**.

**DONE** and **ORDERED** this   15th   day of November, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE