# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| **Plaintiff,** | } | |
| v. | } | Case No.: **2:06-CR-195-RDP-TMP** |
| **LUKE SIMON GOLJAN,** | } | |
| **Defendant.** | } | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Doc. #58) on November 21, 2006, recommending that Defendant's request for post-conviction, presentencing release pursuant to 18 U.S.C. § 3143 be denied.  Objections were filed on December 4, 2006.  (Doc. #62).

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto.  Because the court is unable to identify any issues that would justify granting a motion for acquittal or new trial, the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, Defendant's request for post-conviction, presentencing release is due to be denied.  An appropriate order will be entered.

**DONE** and **ORDERED** this     20th     day of December, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE